
EXHIBIT A



# GAZES LLC
## ATTORNEYS AT LAW

32 Avenue of the Americas
Twenty Seventh Floor
New York, New York 10013
Telephone: (212) 765-9000
Fax: (212) 765-9675
Website: www.gazesllc.com

DAVID HAMILTON

RE: LIMA, PEDRO
10-11809-REG

DEAR SIR OR MADAM:

PURSUANT TO THE TRUSTEE'S DIRECTIVE AT THE FIRST MEETING OF CREDITORS THE DEBTOR IS OBLIGATED PURSUANT TO SECTION 521 TO COMPLY WITH THE FOLLOWING FUNCTIONS:
1. SUBMIT AFFIDAVIT DETAILING DEBTOR'S SPENDING FOR THE PERIOD_____TO_____.
2. SUBMIT CURRENT VALUATION OF REAL ESTATE.
3. SUBMIT CLOSING STATEMENT AND PROOF OF MORTGAGE INDEBTEDNESS.
4. PRODUCE PROOF OF DEBTOR'S SOCIAL SECURITY NUMBER OR EXPLAIN IN AFFIDAVIT FORM WHY DEBTOR DOES NOT HAVE SOCIAL SECURITY CARD AND SUBMIT PROOF OF PICTURE IDENTIFICATION.
5. SUBMIT COPIES OF BILLS/STATEMENTS EVIDENCING EXPENSES SET FORTH ON SCHEDULE "J".
   _____INCLUDE SPOUSES PROOF OF EXPENSES.
6. SUBMIT PROOF OF EARNINGS SET FORTH ON SCHEDULE "I". _____INCLUDE SPOUSES INCOME.
7. SUBMIT COPIES OF TAX RETURNS FOR THE PERIOD _____TO_____.
8. AMEND THE FOLLOWING SCHEDULES:
   _____ SCHEDULE A_____ : _____ SCHEDULE B_____ :_____
   _____ SCHEDULE C_____ : _____ SCHEDULE D_____ :_____
   _____ SCHEDULE E_____ : _____ SCHEDULE F_____ :_____
   _____ SCHEDULE G_____ : _____ SCHEDULE H_____ :_____
   _____ SCHEDULE I_____ : ✓ SCHEDULE J receipts/Bills for "Other" expenses ♰
   _____ STATEMENT OF FINANCIAL AFFAIRS_____          Business expenses
9. _____PERSONAL INJURY ACTION: LETTER TO PERSONAL INJURY ATTORNEY W/COPY TO TRUSTEE ADVISING OF CHAPTER 7 FILING; THAT PERSONAL INJURY ATTORNEY MAY NOT PROCEED W/OUT TRUSTEE AUTHORITY INCLUDING COLLECTION/DISBURSEMENT OF FUNDS; PROVIDE COPIES OF ALL PLEADINGS CONCERNING THE ACTION; AND WRITTEN STATUS REPORT. ALL DEBTORS ARE REQUIRED TO PRODUCE COPIES OF PLEADINGS TO U.S. TRUSTEE.
10. ✓ OTHER 3 yrs of credit card statements for all cards.

**THE DEBTOR HAS 10 DAYS TO COMPLY WITH THE ABOVE AND FAILURE TO COMPLY MAY RESULT IN THE FILING OF AN ADVERSARY OBJECTING TO DEBTOR'S DISCHARGE.**

IAN J. GAZES, TRUSTEE

RECEIPT ACKNOWLEDGED HEREOF:
DATED: 5/11/16

**\*Copies of all documents submitted to The Trustee should also be sent to the Office of the United States Trustee at 33 White Hall Street, 21st Floor, New York, NY 10004, Attn: Nazar Khodorovsky, Esq.**