**EXHIBIT D**

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.    Your social security number
PEDRO A. LIMA     ███-██-0761

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II — Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which any amount is not at risk, you must check the box in column (e) on line 28 and attach **Form 6198**. See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses?... ☐ Yes  ☒ No
If you answered 'Yes,' see instructions before completing this section.

| 28 (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|
| A  WOW DESIGN PROPERTIES, INC. | S |  | 20-4949496 |  |
| B  NEW YORK URBAN STONE INC. | S |  | 26-4295509 |  |
| C |  |  |  |  |
| D |  |  |  |  |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A |  |  |  |  |  |
| B |  |  |  |  | 5,318. |
| C |  |  |  |  |  |
| D |  |  |  |  |  |
| 29a Totals |  |  |  |  | 5,318. |
| b Totals |  |  |  |  |  |

30 Add columns (g) and (j) of line 29a ............ **30**   5,318.
31 Add columns (f), (h), and (i) of line 29b ............ **31**
32 Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and include in the total on line 41 below ............ **32**   5,318.

## Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A |  |  |
| B |  |  |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A |  |  |  |  |
| B |  |  |  |  |
| 34a Totals |  |  |  |  |
| b Totals |  |  |  |  |

35 Add columns (d) and (f) of line 34a ............ **35**
36 Add columns (c) and (e) of line 34b ............ **36**
37 Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below ............ **37**

## Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
|  |  |  |  |  |

39 Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............ **39**

## Part V — Summary

40 Net farm rental income or (loss) from Form 4835. Also, complete line 42 below ............ **40**
41 Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ............ **41**   5,318.
42 Reconciliation of farming and fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code U; and Schedule K-1 (Form 1041), line 14, code F (see instructions) ............ **42**
43 Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ............ **43**